CL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACCREDITED ENVIRONMENTAL TECHNOLOGIES, INC., <br><br> Plaintiff <br> vs. <br><br> J.S. BRADDOCK AGENCY <br><br> Defendant | Civil Action <br><br> Case No. 2:18-cv-01511-SRC-CLW |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV. 41(a)(1)(A)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned Plaintiff, Accredited Environmental Technologies, Inc., by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant, J.S. Braddock Agency.

Respectfully submitted,

**LEONARD, SCIOLLA, HUTCHISON, LEONARD & TINARI, LLP**

By: /s/ Keith N. Leonard
Keith N. Leonard, Esquire
Stephen J. Labroli, Esquire
72 East Main Street
Moorestown, New Jersey 08057
Telephone: (856) 273-6679
Fax: (856) 273-0109
E-mail: kleonard@leonardsciolla.com
Attorney for Plaintiff,
Accredited Environmental
Technologies, Inc.

Dated: March 13, 2018

So Ordered.

[signature]

Honorable Stanley R. Chesler,
United States District Court Judge

3-14-18